ALICE S. PORCHER, Appellant, *v.* CHARLES A. FRUEAUFF, Respondent, et al., Defendants. CHARLES A. FRUEAUFF, Defendant and Third-Party Plaintiff, *v.* BANK OF NEW YORK AND FIFTH AVENUE BANK, Third-Party Defendant.

Submitted February 26, 1951; decided March 9, 1951.

*James P. Farrell, Thomas F. Daly* and *Thomas B. Fenlon* for motion.

*Glenn L. Buck* opposed.

Motion granted and appeal dismissed, with costs and $10 costs of motion.